**Wayne E. WILLIAMS, Plaintiff–Appellant,**

**v.**

**SCHOOL OF PROFESSIONAL STUDIES IN BUSINESS AND EDUCATION JOHN HOPKINS UNIVERSITY, Defendant–Appellee.**

No. 01–1489.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 26, 2001.

Wayne E. Williams, pro se.

Before WILLIAMS, MICHAEL, and DIANA GRIBBON MOTZ,* Circuit Judges.

PER CURIAM.

Wayne E. Williams appeals the district court's order dismissing his civil complaint in which he alleged racial discrimination claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.** *See Williams v. School of Prof'l Studies in Bus. and Educ. John Hopkins Univ.*, No. CA–01–842–CCB (D. Md. filed Mar. 22, 2001; entered Mar. 23, 2001). We dispense with oral argument because the

* Judge Motz did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

** In regard to Williams' claims concerning his March 2000 application, we generally do not

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

consider issues raised for the first time on appeal, except under narrow circumstances not present here. *See Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993) (holding that issues raised for the first time on appeal generally will not be considered absent plain error or fundamental miscarriage of justice).